IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JOHN KEUN SANG LEE

Criminal No. 21-201

[UNDER SEAL]

ARRAIGNMENT PLEA

Defendant JOHN KEUN SANG LEE

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)