CR-21-201

# CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__     Erie _____     Johnstown _____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. __X__ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: JOHN KEUN SANG LEE

Is indictment waived:              ____ Yes      _X_ No

Pretrial Diversion:                ____ Yes      _X_ No

Juvenile proceeding:               ____ Yes      _X_ No

Defendant is:                      _X_ Male      ____ Female

Superseding indictment or information   ____ Yes   _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: N/A

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ____ is in custody   _X_ is not in custody

Name of Institution: _____

Custody is on: ____ this charge   ____ another charge

____ another conviction

____ State   ____ Federal

Detainer filed: ____ yes   ____ no

Date detainer filed: _____

Total defendants: 1

Total counts: 242

Data below applies to defendant No.: 1

Defendant's name: JOHN KEUN SANG LEE

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1-241 | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Distribution of a Controlled Substance | X |
| 242 | 18 U.S.C. § 1347 | Health Care Fraud | X |

FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: MAY 0 5 2021

/s/ Karen Gal-Or
KAREN GAL-OR
Assistant U.S. Attorney
PA ID No. 317258